UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-cv-23948

KELVIN MOTA,

    Plaintiff,

v.

RAS LAVRAR, LLC., FLYNN LAVRAR, ZAKHEIM
LAW GROUP, P.A. and SCOTT C. ZAKHEIM,

    Defendants.
_____/

# COMPLAINT
# JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA"),

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant sent letters into this District and sued in this District.

## PARTIES

3. Plaintiff, KELVIN MOTA ("MOTA"), is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, RAS LAVRAR, LLC ("RAS"), is a corporation organized under the laws of the State of Florida. Its principal place of business is at 1133 S. University Dr., 2nd Floor, Plantation, FL 33324.

5. RAS is registered with the Florida Department of State Division of Corporations as a limited liability company. Its registered agent for service of process is David J. Schneid, 6409 Congress Ave., Suite 100, Boca Raton, Florida 33487.

6. RAS regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

7. FLYNN LAVRAR ("LAVRAR") is a member of the Florida Bar, is an officer of Defendant, RAS Lavrar, LLC and directs the debt collection practices of RAS including sending correspondence to consumers. Arlozynski v. Rubin & Debski, P.A., 710 F.Supp. 2d 1308, 1310 (M.D. Fla. 2010).

8. Lavrar regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

9. Lavrar signed a Joint Motion for Substitution of Counsel from RAS sent to Plaintiff on behalf of Citibank, N.A.

10. RAS and Lavrar regularly collect or attempt to collect debts for other parties.

11. Defendant, ZAKHEIM LAW GROUP, PA ("ZLG"), is a corporation organized under the laws of the State of Florida. Its principal place of business is at 1133 S. University Dr., Second Floor, Plantation, FL 33324.

12. ZLG is registered with the Florida Department of State Division of Corporations as a limited liability company. Its registered agent for service of process is Scott C. Zakheim, 1133 S. University Dr., Second Floor, Plantation, FL 33324.

13. ZLG regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

14. SCOTT C. ZAKHEIM ("ZAKHEIM") is a member of the Florida Bar, is an officer of Defendant, Zakheim Law Group, PA and directs the debt collection practices of ZLG including sending correspondence to consumers. Arlozynski v. Rubin & Debski, P.A., 710 F.Supp. 2d 1308, 1310 (M.D. Fla. 2010).

15. Zakheim regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

16. Zakheim signed a Joint Motion for Substitution of Counsel from ZLG and RAS sent to Plaintiff on behalf of Citibank, N.A.

17. ZLG and Zakheim regularly collect or attempt to collect debts for other parties.

18. Defendant is a "debt collector" as defined in the FDCPA.

## FACTUAL ALLEGATIONS

19. Defendants sought to collect from Plaintiff an alleged debt for a consumer loan.

20. The debt was for a personal, household, or family purpose.

21. On or about March 21, 2017, ZLG and Zakheim filed a state court action against Mota for an alleged Citibank, NA credit card.

22. On May 5, 2017, Neema Desai filed a motion in the state court action.

23. On November 16, 2017, Joel D. Lucoff and Neema Desai filed a Stipulation for Substitution of Counsel ("Stipulation") which was approved by Mota. A copy of the Stipulation is attached as Exhibit "A."

24. The substitution of counsel was approved by the state court on December 6, 2017. A copy of the order was attached as Exhibit "B."

25. Attorney Lucoff continues to represent Mota in the state court action.

26. On or about December 27 2017, Defendants filed a Joint Motion for Substitution of Counsel and to Instruct the Clerk of Court to Assign New Lead Counsel on behalf of Citibank, N.A. ("Motion") and sent it Plaintiff and sent it directly to Plaintiff via U.S. Mail, which was received. A copy of the Joint Motion for Substitution of Counsel is attached as Exhibit "C."

27. Defendants did not send the Certificate to Mota's legal counsel or former legal counsel.

28. Plaintiff's attorney had not consented to Defendant's direct communication with Plaintiff.

29. Plaintiff's attorney had not failed to respond to any communication of Defendant within a reasonable amount of time.

30. No court had authorized Defendant's direct communication with Plaintiff.

31. At the time Defendant caused the Motion to be sent to Plaintiff, Defendant knew the FDCPA prohibited it from communicating directly with Plaintiff.

32. If Defendant continues to communicate directly with Plaintiff, Plaintiff will be harmed in the future by the inability to avail herself of the representation of his counsel.

33. Defendant's actions caused Plaintiff to incur actual damages including attorney's fees and emotional pain and suffering.

## COUNT I
## COMMUNICATION WITH A CONSUMER REPRESENTED BY COUNSEL IN VIOLATION OF 15 U.S.C §1692c(a)(2) AGAINST ALL DEFENDANTS

34. Plaintiff incorporates Paragraphs 1 through 33.

35. Defendant communicated directly with Plaintiff when Defendant knew Plaintiff was represented by an attorney in violation of 15 U.S.C. §1692c(a)(2).

5

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

> Debt Shield Law
> Attorney for Plaintiff
> 3440 Hollywood Blvd., Suite 415
> Hollywood, FL 33021
> Tel:    305-776-1805
> Fax:    305-503-9457
> legal@debtshieldlawyer.com
> joel@debtshieldlawyer.com
>
>   */s/ Joel D. Lucoff*
> Joel D. Lucoff
> Fla. Bar No. 192163